UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**; and<br><br>**FBME LTD.**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury;<br><br>**U.S. DEPARTMENT OF THE TREASURY**;<br><br>**JENNIFER SHASKY CALVERY**, in her official capacity as Director of the Financial Crimes Enforcement Network; and<br><br>**FINANCIAL CRIMES ENFORCEMENT NETWORK**,<br><br>    Defendants. | Case No. 1:15-cv-01270 |

**PLAINTIFFS' LOCAL CIVIL RULE 7.1 CERTIFICATE**

I, undersigned counsel of record for Plaintiffs FBME Bank Ltd. and FBME Ltd., certify that to the best of my knowledge and belief, Plaintiffs do not have any parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:   August 7, 2015                                  Respectfully submitted,

                                                           QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 4015426)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2015, I caused to be sent via Registered or Certified Mail true and correct copies of the following: PLAINTIFFS' LOCAL CIVIL RULE 7.1 CERTIFICATE, to each of the following:

Jacob J. Lew
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Jennifer Shasky Calvery
Director, Financial Crimes
Enforcement Network
U.S. Department of the Treasury
Financial Crimes Enforcement Network
PO Box 39
Vienna, VA 22183

U.S. Department of the Treasury
Financial Crimes Enforcement Network
PO Box 39
Vienna, VA 22183

Loretta E. Lynch
U.S. Attorney General
U.S. Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530

Lynn Y. Lee
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington, D.C. 20530

Vincent H. Cohen, Jr.
Acting U.S. Attorney
U.S. Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

*/s/ Derek L. Shaffer*
Derek L. Shaffer