**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FBME Bank Ltd., <br><br> FBME Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> JACOB LEW <br> in his official capacity as Secretary of the Treasury, <br><br> U.S. DEPARTMENT OF THE TREASURY, <br><br> JENNIFER SHASKY CALVERY in her official capacity as Director of the Financial Crimes Enforcement Network, <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, <br><br> Defendants. | Civil Action No. 1:15-CV-1270 CRC |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Lynn Y. Lee, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as counsel of record for defendants Jacob Lew, in his official capacity as Secretary of the Treasury, the U.S. Department of the Treasury, Jennifer Shasky Calvery in her official capacity as Director of the Financial Crimes Enforcement Network, and the Financial Crimes

Enforcement Network.  Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Dated: August 10, 2015.              Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
United States Attorney

DIANE KELLEHER
Assistant Branch Director

 /s/ Lynn Y. Lee
LYNN Y. LEE (CA Bar No. 235531)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:   August 10, 2015.         */s/ Lynn Y. Lee*
                                                          Lynn Y. Lee