UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**; and<br><br>**FBME LTD.**,<br><br>       Plaintiffs,<br><br>       v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury;<br><br>**U.S. DEPARTMENT OF THE TREASURY**;<br><br>**JENNIFER SHASKY CALVERY**, in her official capacity as Director of the Financial Crimes Enforcement Network; and<br><br>**FINANCIAL CRIMES ENFORCEMENT NETWORK**,<br><br>       Defendants. | Case No. 1:15-cv-01270-CRC |

**JOINT PROPOSED SCHEDULE FOR
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

On August 11, 2015, this Court entered a minute order directing the parties (1) to meet and confer about an appropriate briefing and hearing schedule for Plaintiffs' pending Motion for a Preliminary Injunction (ECF 3) and (2) to file a proposed schedule as soon as practicable.

That same day, counsel for all parties conferred and agree to the following proposed schedule:

- August 18, 2015: Defendants will file their opposition to the motion

- August 21, 2015: Plaintiffs will file their reply in support of the motion

- August 25, 2015, at 10:30am: Hearing will be held on the motion

1

As directed by the Court in the minute order, counsel have confirmed with the Courtroom Deputy that the Court is available for a hearing as proposed herein.

Dated:   August 11, 2015               Respectfully submitted,

                                       BENJAMIN C. MIZER
                                       Principal Deputy Assistant Attorney General

                                       VINCENT H. COHEN, JR.
                                       United States Attorney

QUINN EMANUEL URQUHART &               DIANE KELLEHER
SULLIVAN LLP                           Assistant Branch Director


*/s/ Derek L. Shaffer*                 */s/ Lynn Y. Lee*
Derek L. Shaffer (D.C. Bar No. 478775) LYNN Y. LEE (CA Bar No. 235531)
William A. Burck (D.C. Bar No. 4015426) AMY POWELL (NY Bar)
Lauren H. Dickie (IL Bar No. 6286037)  Trial Attorneys
Jonathan G. Cooper (D.C. Bar No. 999764) United States Department of Justice
777 Sixth Street NW, 11th Floor        Civil Division, Federal Programs Branch
Washington, DC 20001                   20 Massachusetts Avenue, N.W.
(202) 538-8000                         Washington, D.C. 20530
                                       Telephone: (202) 305-0531
                                       Fax: (202) 616-8470
HOGAN LOVELLS US LLP                   Email: lynn.lee@usdoj.gov

                                       *Attorneys for Defendants*

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2015, I electronically filed the foregoing Joint Proposed Schedule with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer
