**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FBME, et al., </br></br>  Plaintiffs, </br></br> v. </br></br> Jacob LEW, in his capacity as SECRETARY OF THE TREASURY, et al., </br></br>  Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Case No. 15-1270 </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as additional counsel for Defendants in the above-captioned matter. Please note the following contact information for Ms. Powell:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Amy Powell </br> U.S. Department of Justice </br> Civil Division, Federal Programs Branch </br> P.O. Box 883 </br> Washington, D.C.  20044 </br> Tel:    (202) 514-9836 </br> Fax:    (202) 616-8517 | Amy Powell </br> U.S. Department of Justice </br> Civil Division, Federal Programs Branch </br> 20 Massachusetts Avenue, N.W., Room 5377 </br> Washington, D.C.  20001 |

Dated:  August 18, 2015                                  Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Deputy Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5377

Washington, D.C. 20530
Tel.:    (202) 514-9836
Fax.:    (202) 616-8470
Email: amy.powell@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 18th of August, 2015.

                                          */s/Amy E. Powell*
                                          AMY POWELL
                                          August 18, 2015