# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FBME, et al., )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)    Case No. 15-1270 CRC<br>Jacob LEW, in his official capacity as )<br>    Secretary of the Treasury et al., )<br>)<br>  Defendants. )<br>) | |

## NOTICE OF CLASSIFIED LODGING

Defendants, through undersigned counsel, hereby provides notice that the Government is lodging for submission classified and privileged information today, August 18, 2015, in support of its opposition to the Motion for a Preliminary Injunction. This *ex parte, in camera* submission includes classified and privileged portions of the administrative record in this matter. *See* 31 U.S.C. § 5318A(f) (permitting *ex parte*, *in camera* review of classified information used under Section 311 of the PATRIOT Act); Executive Order 13,526 (governing national security information); *see also* 31 U.S.C. § 5318(g) (prohibiting disclosure of certain information under the Bank Secrecy Act). The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated:  August 18, 2015                    Respectfully Submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director, Federal Programs Branch

*/s/Lynn Y. Lee*

LYNN Y. LEE
AMY E. POWELL
Trial Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
Tel.:    (202) 305-0531
Fax.:    (202) 616-8470
Email: lynn.lee@usdoj.gov