**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **FBME BANK LTD., et al.**, |
| Plaintiffs, |
| v. |
| **LEW, et al.**, |
| Defendants. |

Case No. 15-cv-01270 (CRC)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [3] Plaintiffs' Motion for Preliminary Injunction is GRANTED. It is further

**ORDERED** that the final rule entitled *Imposition of Special Measure Against FBME Bank Ltd., Formerly Known as the Federal Bank of the Middle East Ltd., as a Financial Institution of Primary Money Laundering Concern*, 80 Fed. Reg. 45057 (July 29, 2015), is enjoined from taking effect until the Court enters a final judgment in this case. It is further

**ORDERED** that the parties shall meet and confer as to an expedited briefing schedule on the merits of Plaintiffs' Complaint and to file as soon as practicable a joint proposed briefing schedule, or separate schedules if mutual agreement cannot be reached.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date:   August 27, 2015