UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**; and<br><br>**FBME LTD.**,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury;<br><br>**U.S. DEPARTMENT OF THE TREASURY**;<br><br>**JENNIFER SHASKY CALVERY**, in her official capacity as Director of the Financial Crimes Enforcement Network; and<br><br>**FINANCIAL CRIMES ENFORCEMENT NETWORK**,<br><br>　　　　Defendants. | Case No. 1:15-cv-01270-CRC |

## NOTICE OF FILING OF REDACTED EXHIBITS

Pursuant to Plaintiffs' Sealed Motion For Leave to File Document Under Seal dated August 7, 2015 [Docket No. 5], Plaintiffs respectfully submit public and redacted versions of the previously sealed exhibits filed by Plaintiffs on August 7, 2015 [Docket No. 5]. The attached submissions are to replace the documents filed under seal in connection with such motion in their entirety [Docket No. 13].

**Exhibits A - T** to this Notice of Filing represent public or redacted versions of Exhibits A – T to the M. Elizabeth Peters Declaration [Docket No. 13].

Dated: September 1, 2015

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 4015426)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2015, I electronically filed the foregoing Notice of Filing of Redacted Exhibits with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer