# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**; and<br><br>**FBME LTD.**,<br><br>      Plaintiffs,<br><br>      v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury;<br><br>**U.S. DEPARTMENT OF THE TREASURY**;<br><br>**JENNIFER SHASKY CALVERY**, in her official capacity as Director of the Financial Crimes Enforcement Network; and<br><br>**FINANCIAL CRIMES ENFORCEMENT NETWORK**,<br><br>      Defendants. | Case No. 1:15-cv-01270-CRC |

## JOINT STATUS UPDATE

On August 27, 2015, this Court preliminarily enjoined a final rule issued by the defendants and instructed the parties to "meet and confer as to an expedited briefing schedule on the merits of Plaintiffs' Complaint and to file as soon as practicable a joint proposed briefing schedule."   ECF 32.

The next day, counsel for plaintiffs FBME Bank Ltd. and FBME Ltd. (collectively, "FBME") contacted defense counsel to discuss an expedited briefing schedule.   Defense counsel responded that it needed more time to discuss the matter with their clients, so the parties

agreed to reconvene on Monday, August 31. That Monday, defense counsel requested additional time, so the parties agreed to speak the following day.

On Tuesday, September 1, the parties held a telephone call to discuss the briefing schedule. During this call, defense counsel raised the prospect that the defendants might seek a voluntary remand rather than brief the merits, though they were still discussing this matter internally and had not yet reached a final decision. Accordingly, the parties agreed to speak later in the week after the Government had made a final decision about whether it would seek a voluntary remand.

On Thursday, September 4, FBME's counsel emailed defense counsel proposing a call to finalize the briefing schedule on the merits. Defense counsel responded by asking that the parties continue their discussions on Tuesday, September 8. Counsel for FBME consented, but requested that defense counsel agree to a joint scheduling proposal for briefing summary judgment, to be obviated if and only if the Government agrees to certain specified conditions that should, from FBME's perspective, attend any voluntary remand.

On Tuesday, September 8, the parties held a call to discuss the briefing schedule. During this call, defense counsel informed FBME that the defendants had made a final decision to seek a voluntary remand. Defense counsel further indicated that it could agree to some, but not all, of the conditions FBME had requested in exchange for its consent to a voluntary remand. Both sides are currently taking instructions from their clients about how to approach the prospect of a voluntary remand.

The parties propose that they continue to discuss the possibility of a voluntary remand and report back to this Court in one week (by September 17, 2015) as to whether an agreement has been reached. If no agreement is reached, then the parties will at that time submit either a

joint proposal or competing proposals for briefing (1) a request for a voluntary remand and/or (2) summary judgment on the merits.

Dated:   September 10, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
United States Attorney

QUINN EMANUEL URQUHART &
SULLIVAN LLP

DIANE KELLEHER
Assistant Branch Director

/s/ *Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 4015426)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

/s/ *Lynn Y. Lee*
LYNN Y. LEE (CA Bar No. 235531)
AMY POWELL (NY Bar)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

HOGAN LOVELLS US LLP

*Attorneys for Defendants*

/s/ *Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2015, I electronically filed the foregoing Joint Status Update with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

/s/ Derek L. Shaffer
Derek L. Shaffer