```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - x
FBME BANK LTD., et al.,
                                   CA No:  1:15-cv-01270-CRC
             Plaintiffs,
                                   Washington, D.C.
                                   Friday, October 23, 2015
vs.                                10:05 a.m.

JACOB J. LEW, et al.,

             Defendants.
- - - - - - - - - - - - - - - - x
```
_____

TRANSCRIPT OF TELEPHONE CONFERENCE
HELD BEFORE THE HONORABLE CHRISTOPHER R. COOPER
UNITED STATES DISTRICT JUDGE
_____

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | **DEREK LAWRENCE SHAFFER, ESQ.**<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>777 6th Street, NW, Suite 1100<br>Washington, DC 20001<br>(202) 538-8123 |
| For the Defendant: | **AMY POWELL, ESQ.**<br>U.S. DEPARTMENT OF JUSTICE<br>Civil Division<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>(202) 305-0531 |
| Court Reporter: | Lisa A. Moreira, RDR, CRR<br>Official Court Reporter<br>U.S. Courthouse, Room 6718<br>333 Constitution Avenue, NW<br>Washington, DC  20001<br>202-354-3187 |

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription

```
 1                      P R O C E E D I N G S
 2              THE COURT:  Good morning, everyone.
 3              MR. SHAFFER:  Good morning, Your Honor.
 4              THE COURT:  Who do we have on?
 5              MS. POWELL:  This is Amy Powell.
 6              MR. SHAFFER:  Derek Shaffer for plaintiffs, sorry.
 7              THE COURT:  Okay.  Thanks for calling in.  I just
 8   have one relatively brief issue to raise with you folks.
 9   Before I rule on the motion for voluntary remand, I would
10   like to get clarification on one point, and that's the
11   extent to which FinCEN has withheld and would intend to
12   withhold, if the case were remanded, nonclassified non-SAR
13   evidence that is relied on in reaching -- in issuing the
14   rule.
15              Obviously the opinion dealt with those two
16   categories of evidence, you know, classified and Bank
17   Secrecy Act privileged material.  It is not entirely clear
18   to me whether FinCEN has relied on other, quote-unquote,
19   privileged materials that it has not disclosed.
20              And Ms. Powell, before you respond to that, I went
21   back through the government's ex parte submission, and there
22   are three documents that on their face do not appear to fall
23   into either of those categories.  They are Exhibits 3, 4,
24   and 40 of your submission.  They may or may not be terribly
25   material, but as -- you know, they don't seem to fall into
```

1    either of those categories.
2            So what I would like -- and I doubt if you have
3    those materials in front of you, but what I would like is a
4    notice to be filed from the government stating its position
5    with respect to those three documents, whether it, you know,
6    is prepared to disclose them, add them to the administrative
7    record, or if not, explain on what basis it would continue
8    to withhold those materials.  And more generally speaking,
9    to inform the Court whether there are other nonclassified
10   non-SAR materials that FinCEN relied upon that the
11   government is continuing to withhold.
12           Is that clear?
13           MS. POWELL:  Yes, Your Honor.
14           THE COURT:  Okay.
15           MS. POWELL:  And I'm sure we can do that.  I don't
16   have --
17           MR. SHAFFER:  Amy, for what it's worth, I don't
18   know if it's my connection, but there's an echo.  I don't
19   know if it's on speaker, but maybe something can be done on
20   your end.
21           MS. POWELL:  Is this better?
22           MR. SHAFFER:  Much better.
23           THE COURT:  Yes.
24           MS. POWELL:  Okay.  Yes, you're on speaker.
25           Yes, I don't have those three documents in front

```
 1    of me, but I will file a notice and --
 2             THE COURT:  If you could do that by Friday next,
 3    that would be helpful.
 4             MS. POWELL:  Okay.
 5             THE COURT:  Okay.  And then with that, I will be
 6    in a better position to rule on the pending motion.  And if
 7    the -- if the answer is there are additional materials that
 8    are being withheld that do not fall into either of those
 9    categories, then we'll give -- Mr. Shaffer, we'll give you
10    an opportunity to respond to that.  Okay?
11             MR. SHAFFER:  Thank you, Your Honor.
12             THE COURT:  Okay.  That's all I had.  Thank you
13    for calling in, and have a good weekend.
14             MS. POWELL:  Thank you, Your Honor.
15             MR. SHAFFER:  Thank you.  You as well.
16             THE COURT:  Thanks.
17                  (Whereupon the hearing was
18                  concluded at 10:09 a.m.)
19
20
21
22
23
24
25
```

1 **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3        I, LISA A. MOREIRA, RDR, CRR, do hereby

4 certify that the above and foregoing constitutes a true and

5 accurate transcript of my stenographic notes and is a full,

6 true and complete transcript of the proceedings to the best

7 of my ability.

8    Dated this 29th day of October, 2015.

9

10                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
                                Washington, DC 20001
13

14

15

16

17

18

19

20

21

22

23

24

25