## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**, <u>et al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> **JACOB LEW, in his official capacity as Secretary of the Treasury**, <u>et al.</u>, <br><br> Defendants. | Case No. 15-cv-01270 (CRC) |

## ORDER

On February 26, 2016, the parties jointly submitted a "notice seeking the Court's guidance regarding questions of privilege surrounding certain materials in FinCEN's possession."  Joint Notice & Request for Hearing, ECF No. 51.  They ask the Court to decide whether particular comments FinCEN received during its ongoing rulemaking proceeding are privileged and then to "advise the parties" on several related issues.  <u>Id.</u> at 11.  In essence, the parties want the Court to help them determine "the appropriate course of action," <u>id.</u>, and to give "guidance on the precise path forward," <u>id.</u> at 7, by providing an opinion on how FinCEN should treat the potentially privileged comments and on whether FinCEN should substitute new decision-makers in the rulemaking.  The parties may disagree about the proper manner for FinCEN to proceed, but not every disagreement between parties to a lawsuit is fit for judicial resolution.  While the Court appreciates the parties' desire for certainty in these matters before FinCEN decides what, if any, rule to issue, any advice that the Court could give the parties at this time would be just that— advice.  The Court could not address the issues the parties have raised without severing "the oldest and most consistent thread in the federal law of justiciability[:] that the federal courts will not give

advisory opinions." <u>Pub. Serv. Elec. & Gas Co. v. FERC</u>, 783 F.3d 1270, 1274 (D.C. Cir. 2015)

(quoting <u>Flast v. Cohen</u>, 392 U.S. 83, 96 (1968)) (internal quotation marks omitted).

Therefore, it is hereby

**ORDERED** that [51] the parties' joint Request for a Hearing be **DENIED**.

**SO ORDERED**.

 

 

 

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:   March 1, 2016