# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**; and | |
| **FBME LTD.**, | |
| Plaintiffs, | |
| v. | Case No. 1:15-cv-01270-CRC |
| **JACOB LEW**, in his official capacity as Secretary of the Treasury; | |
| **U.S. DEPARTMENT OF THE TREASURY**; | |
| **JENNIFER SHASKY CALVERY**, in her official capacity as Director of the Financial Crimes Enforcement Network; and | |
| **FINANCIAL CRIMES ENFORCEMENT NETWORK**, | |
| Defendants. | |

## JOINT STATUS UPDATE

On August 27, 2015, this Court preliminarily enjoined a final rule issued by the defendants.    ECF 32.    On November 6, 2015, this Court granted the motion of the Defendant Financial Crimes Enforcement Network ("FinCEN") to remand this matter to the agency for further rulemaking.    ECF 49 at 8.    As part of the remand order, this Court ordered that "no later than two weeks after FinCEN renders a decision on the reopened Final Rule, the parties shall meet and confer and submit to the Court a joint status report."    ECF 49 at 9.

On March 25, 2016, FinCEN issued a new final rule that, like the previous final rule, imposes against Plaintiff FBME Bank Ltd. the fifth special measure under § 311 of the USA

Patriot Act.   This new final rule was published in the Federal Register on March 31, 2016.   *See Imposition of Special Measure Against FBME Bank Ltd., Formerly Known as the Federal Bank of the Middle East Ltd., as a Financial Institution of Primary Money Laundering Concern*, 81 Fed. Reg. 18480 (Mar. 31, 2016).

Following the issuance of this new final rule, the parties (through counsel) met and conferred about next steps.   The parties agree that this matter is now ripe for summary judgment.   Towards that end, the parties hereby propose the following schedule:

- **April 22, 2016**:   Defendants produce unclassified, non-protected administrative record to the Plaintiffs;

- **April 29, 2016**:   Plaintiffs and Defendants cross-move for summary judgment and file opening briefs; and

- **May 23, 2016**:   Plaintiffs and Defendants file briefs responding to the other side's opening brief.

### Scheduling a Hearing

FBME also respectfully requests that this Court hold a hearing and rule on the motions for summary judgment as soon as possible in light of intervening circumstances that are compromising FBME's ability to conduct this litigation as it otherwise would.   On March 31, 2016, the Central Bank of Cyprus, through its special administrator, sought to fire and lock out the current senior management (and shareholders) of FBME as well as key employees.   The termination notices all referenced FinCEN's new final rule as justification for the firings.   In other words, it appears to FBME that the Central Bank of Cyprus is predictably using FinCEN's new final rule in ways and degrees calculated to thwart this challenge from running its course. In light of these circumstances, FBME respectfully requests that this case be resolved as swiftly as possible.

The government, for its part, does not concede that FBME's representations regarding the CBC or FinCEN have any merit or that a hearing on the parties' motions is even required. The Court may, of course, choose whether and when to hold a hearing, and FBME's speculations as to what may happen if it does not should not dictate this decision. Even so, the government does not oppose FBME's request that any hearing be held as soon as possible after briefing is completed. FinCEN declines, however, to respond to FBME's allegations regarding the actions or motivations of the CBC, as this filing is not the appropriate place for such a discussion.

**<u>Defendants' Answer</u>**

In view of the particular posture of this case, plaintiffs have agreed to waive defendants' obligation to answer FBME's complaint.

Dated:    April 5, 2016                                  Respectfully submitted,

                                                         BENJAMIN C. MIZER
                                                         Principal Deputy Assistant Attorney General

                                                         CHANNING D. PHILLIPS
                                                         United States Attorney

QUINN EMANUEL URQUHART &                                 DIANE KELLEHER
SULLIVAN LLP                                             Assistant Branch Director


     */s/Derek L. Shaffer*                                   */s/Lynn Y. Lee*
Derek L. Shaffer (D.C. Bar No. 478775)                   LYNN Y. LEE (CA Bar No. 235531)
William A. Burck (D.C. Bar No. 4015426)                  AMY POWELL (NY Bar)
Lauren H. Dickie (IL Bar No. 6286037)                    Trial Attorneys
Jonathan G. Cooper (D.C. Bar No. 999764)                 United States Department of Justice
777 Sixth Street NW, 11th Floor                          Civil Division, Federal Programs Branch
Washington, DC 20001                                     20 Massachusetts Avenue, N.W.
(202) 538-8000                                           Washington, D.C. 20530
                                                         Telephone: (202) 305-0531
                                                         Fax: (202) 616-8470
                                                         Email: lynn.lee@usdoj.gov

                                                         *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2016, I electronically filed the foregoing Joint Status Update with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.


*/s/ Lynn Y. Lee*
Lynn Y. Lee