# UNITED STATES DISTRICT COURT
for the
District of Columbia

| FBME Bank Ltd., et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cv-01270 (CRC) |
| Jacob Lew, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FBME Bank Ltd. and FBME Ltd.

Date:    04/29/2016

/s/ Jonathan G. Cooper
*Attorney's signature*

Jonathan G. Cooper (999764)
*Printed name and bar number*

777 Sixth Street NW, 11th Floor
Washington, DC 20001
*Address*

jonathancooper@quinnemanuel.com
*E-mail address*

(202) 538-8146
*Telephone number*

(202) 538-8100
*FAX number*