# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FBME, et al., | ) |
|   Plaintiffs, | ) |
| v. | ) Case No. 15-1270 |
| Jacob LEW, in his capacity as SECRETARY OF THE TREASURY, et al., | ) |
|   Defendants. | ) |

## NOTICE OF LODGING

Defendants, through undersigned counsel, hereby provides notice that the Government is lodging for submission classified and protected information today, April 29, 2016, in support of its Motion for Summary Judgment. This *ex parte, in camera* submission includes the classified and protected portions of the administrative record in this matter. *See* 31 U.S.C. § 5318A(f) (permitting *ex parte*, *in camera* review of classified information used under Section 311); *see* Executive Order 13,526 (governing national security information); *see also* 31 U.S.C. § 5318(g) (prohibiting disclosure of certain information under the Bank Secrecy Act). The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

| | |
|---|---|
| Dated:  April 29, 2016 | Respectfully Submitted,<br><br>BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>CHANNING D. PHILLIPS<br>U.S. Attorney<br><br>JOSEPH H. HUNT<br>Director<br><br>DIANE KELLEHER<br>Assistant Branch Director, Federal Programs Branch<br><br>*/s/Amy E. Powell*<br>_____<br>AMY E. POWELL<br>LYNN Y. LEE<br>Attorneys<br>U.S. Department of Justice, Civil Division<br>Federal Programs Branch<br>20 Massachusetts Ave., N.W., Room 5377<br>Washington, D.C. 20530<br>Tel.:   (202) 514-9836<br>Fax.:   (202) 616-8470<br>Email: amy.powell@usdoj.gov |