AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| FBME Bank Ltd., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15-cv-01270 (CRC) |
| Jacob Lew, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs FBME Bank Ltd. and FBME Ltd.

Date: 04/29/2016

/s/ William A. Burck
*Attorney's signature*

William A. Burck (979677)
*Printed name and bar number*

777 Sixth Street NW, 11th Floor
Washington, DC 20001
*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8120
*Telephone number*

(202) 538-8100
*FAX number*