**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FBME BANK LTD.**, *et al.*,

Plaintiffs,

v.

**JACOB LEW**, in his official capacity as Secretary of the Treasury, *et al.*,

Defendants.

Case No. 15-cv-01270 (CRC)

## JOINT STATUS UPDATE

On June 3, 2016, this Court held a hearing on cross-motions for summary judgment filed by FBME and by the Government. Before the Court would enter an order on FBME's motion to supplement the administrative record with materials that FBME alleged to be privileged, ECF 64, this Court directed the Government and FBME to meet and confer to determine whether all the materials at issue were in the judicial record. On June 7, 2016, the parties (through counsel) met and conferred, and they confirmed that all the materials at issue have been filed with the Court. The parties previously filed these materials with this Court under seal as part of their Joint Notice and Request for Hearing on February 26, 2016. ECF 52, Exs. E & F. There is therefore no need for further filings by the parties; all the materials at issue are before the Court.

For the sake of completeness, we note that among the materials at issue are affidavits that the Government received in August 2015 (ECF 52, Ex. E), and these affidavits reference certain attachments, but the Government, through counsel, has confirmed that it never received the attachments referenced in the affidavits. Therefore, all of the materials at issue are already on the docket and FBME's motion to supplement the administrative record is ripe for decision.

Dated: June 8, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director, Federal Programs Branch

/s/ Lynn Y. Lee
LYNN Y. LEE (CA Bar No. 235531)
AMY POWELL (NY Bar)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for Defendants*

QUINN EMANUEL URQUHART & SULLIVAN LLP

/s/ Derek L. Shaffer
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

/s/ Peter S. Spivack
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 8, 2016, I electronically filed the foregoing Joint Status Update with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer