**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FBME BANK LTD., et al.,**<br>Plaintiffs,<br>v.<br>**JACOB LEW, in his official capacity as Secretary of the Treasury, et al.,**<br>Defendants. | Case No. 15-cv-01270 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [61] Defendants' Motion for Summary Judgment and [62] Plaintiffs' Motion for Summary Judgment shall be **GRANTED IN PART** and **DENIED IN PART**. Summary judgment is **GRANTED** to Defendants except to the extent FinCEN failed to respond to FBME's significant comments regarding Defendants' analysis of SARs data, as outlined in the accompanying Memorandum Opinion. This matter is hereby **REMANDED** to FinCEN for proceedings consistent with the Opinion. The Rule shall remain stayed until the agency furnishes adequate responses to FBME's significant comments. It is further

**ORDERED** that [64] Plaintiffs' Motion for Order to Supplement the Administrative record is **DENIED**. It is further

**ORDERED** that [72] Plaintiffs' Motion to Cross-Examine or Depose Richard May is **DENIED**.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: September 20, 2016