**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FBME Bank Ltd.,<br><br>FBME Ltd.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JACOB LEW<br>in his official capacity as Secretary of the Treasury,<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>JENNIFER SHASKY CALVERY in her official capacity as Director of the Financial Crimes Enforcement Network,[1]<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>　　　　Defendants. | Civil Action No. 1:15-CV-1270 CRC |

**DEFENDANTS' STATUS REPORT**

Defendants hereby submit the following status report in light of the Court's recent order remanding this matter to the Financial Crimes Enforcement Network ("FinCEN").

On September 20, 2016, the Court issued a ruling on the parties' cross-motions for summary judgment, which granted defendants' motion "except to the extent FinCEN failed to respond to FBME's significant comments regarding Defendants' analysis of SARs data" and

---

[1] Defendants note that Jennifer Shasky Calvery is no longer Director of FinCEN. Her position is currently held by Acting Director Jamal El-Hindi. As such, he may be deemed automatically substituted for Ms. Calvery in his official capacity. *See* Fed. R. Civ. P. 25(d).

1

remanded the matter to FinCEN to address these comments.  ECF No. 84 (Order) at 1; ECF No. 83 (Opinion) at 43-49, 64-65.  The Court further ordered that the March 25, 2016 Final Rule remain stayed "until FinCEN adequately responds (if it can) to FBME's concerns and justifies its reliance on aggregate information derived from SARs."  ECF No. 83 at 64-65.

Having carefully considered the Court's opinion and order, FinCEN is in the process of preparing a supplement to the March 2016 Final Rule that it believes will adequately respond to the concerns regarding its analysis of SARs data expressed in FBME's comments and identified in the Court's ruling.  Based on the Court's order and the contemplated contents of the supplement, defendants do not believe that a further notice and comment period is necessary for this limited remand.  Defendants anticipate that the supplement will be finalized by mid-November.  At that point, the agency will take the necessary steps to publish the supplement in the Federal Register, notify the Court, and provide any other information as needed.  Following publication in the Federal Register and notice to the Court, defendants will confer with plaintiffs to discuss next steps.

Dated: October 28, 2016.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

DIANE KELLEHER
Assistant Branch Director

 */s/ Lynn Y. Lee*
LYNN Y. LEE (CA Bar No. 235531)
AMY E. POWELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for Defendants*