**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FBME BANK LTD.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>Defendants. | Case No. 15-cv-01270 (CRC) |

**PLAINTIFFS' STATUS REPORT**

On September 20, 2016, this Court granted in part the motion for summary judgment of Plaintiffs FBME Bank Ltd. and FBME Ltd. (together "FBME") because Defendant FinCEN had "failed to respond to FBME's significant comments regarding Defendants' analysis of SARs data." ECF 84 at 1. This past Friday, the Government filed a status report stating that it will respond to this Court's order by "preparing a supplement" that it believes "will adequately respond to the concerns regarding its analysis of SARs data." ECF 85 at 1. The Government further believes that no "further notice and comment period is necessary," and instead it will simply "publish the supplement in the Federal Register." *Id.* Only after this publication will the Government "confer with plaintiffs to discuss next steps." *Id.*

Before the Government filed its status report, FBME repeatedly reached out to the Government—by phone call on September 27, by letter on October 4, and by emails on October 13 and 24—to discuss how the process going forward should work, but the Government repeatedly refused to engage. After FBME waited more than a month for the Government to engage, the Government unilaterally filed its status report, without affording FBME opportunity

to comment on either the substance or the procedural irregularity of its proposed supplement. Among other potential issues, FBME is in the dark as to (1) how the absence of notice and comment on this proposed supplement satisfies the statutory command that the fifth special measure "may be imposed only by regulation," 31 U.S.C. § 5318A(a)(2)(c), and (2) whether the Government will base this proposed supplement on the existing administrative record or on new information that FBME has neither seen nor had any opportunity to comment upon.

Accordingly, FBME respectfully reserves all rights to challenge the procedural and substantive legality of the Government's proposed supplement.

Dated: November 1, 2016

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2016, I electronically filed the foregoing Status Report with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer