**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FBME Bank Ltd.,<br><br>FBME Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB LEW<br>in his official capacity as Secretary of the Treasury,<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>JENNIFER SHASKY CALVERY in her official capacity as Director of the Financial Crimes Enforcement Network,<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>Defendants. | Civil Action No. 1:15-CV-1270 CRC |

**JOINT STATUS REPORT AND REQUEST TO ENTER BRIEFING SCHEDULE**

On December 1, 2016, the Financial Crimes Enforcement Network ("FinCEN") published in the Federal Register a supplement to its March 31, 2016 Final Rule imposing a prohibition against opening or maintaining any U.S. correspondent accounts on behalf of FBME Bank, pursuant to Section 311 of the PATRIOT Act. *See* Supplemental Information Regarding the Final Rule Imposing the Fifth Special Measure Against FBME Bank, 81 Fed. Reg. 86577 (Dec. 1, 2016). This supplement responds directly to the concerns set forth in the Court's September 20, 2016 summary judgment ruling that FinCEN did not adequately respond to

FBME's comments regarding FinCEN's analysis of information derived from Suspicious Activity Reports ("SARs"). *See* ECF No. 83 (Memorandum Opinion) at 43-49, 64-65.

With the publication of the supplement, defendants are prepared to renew their motion for summary judgment. The parties have conferred on a briefing schedule and agreed that shorter page limits are appropriate given the narrow scope of issues to be briefed. Accordingly, the parties propose and respectfully request that the Court enter the following briefing schedule and page limits:

**December 12, 2016 –** Government moves for summary judgment (brief limited to 8 pages)

**January 10, 2017 –** FBME opposes & cross-moves for summary judgment (brief limited to 15 pages)

**January 31, 2017 –** Government replies & opposes cross-motion (brief limited to 15 pages)

**February 10, 2017 –** FBME replies in support of its cross-motion (brief limited to 8 pages)

Any hearing on these motions may be scheduled at the Court's convenience.

Dated: December 8, 2016.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*/s/ Lynn Y. Lee*
LYNN Y. LEE (CA Bar No. 235531)
AMY E. POWELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
Email: lynn.lee@usdoj.gov

*Attorneys for Defendants*