**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FBME Bank Ltd.,<br><br>FBME Ltd.,<br><br>Plaintiffs,<br><br>v.<br><br>JACOB LEW<br>in his official capacity as Secretary of the Treasury,<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>JENNIFER SHASKY CALVERY in her official capacity as Director of the Financial Crimes Enforcement Network,<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK,<br><br>Defendants. | Civil Action No. 1:15-CV-1270 CRC |

**[PROPOSED] ORDER**

Having considered the Defendants' renewed Motion for Summary Judgment, the Court GRANTS summary judgment for Defendants.

IT IS SO ORDERED.

Dated: ____________________

________________________________
Hon. Christopher R. Cooper
U.S. District Judge