UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD.**, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>**JACOB LEW**, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>    Defendants. | Case No. 15-cv-01270 (CRC) |

**PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR A CONTINUED STAY PENDING APPEAL**

Plaintiffs FBME Bank Ltd. and FBME Ltd. respectfully cross-move for summary judgment under Federal Rule of Civil Procedure 56. In the alternative, Plaintiffs respectfully request that the Court stay the final rule under challenge pending appeal. The grounds for this motion are set forth in the accompanying Memorandum. A proposed order is also attached.

Dated: January 10, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs
FBME Bank Ltd. and FBME Ltd.*

## CERTIFICATE OF SERVICE

I certify that on January 10, 2017, I electronically filed the foregoing Cross Motion and accompanying Memorandum and Proposed Order with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer