**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FBME, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 15-1270 |
| Steven MNUCHIN, in his capacity as | ) | |
| SECRETARY OF THE TREASURY, et al.[1] | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR RECONSIDERATION**

Defendants respectfully request an additional one-week extension of time in which to respond to Plaintiffs' Motion for Reconsideration – up to and including February 24, 2017.

On January 17, 2017, Plaintiffs moved for the Court's reconsideration of its September 20, 2016 summary judgment order (ECF No. 83), alleging that "newly discovered evidence" warranted re-opening summary judgment proceedings. In particular, Plaintiffs claim that in early December, 2016, they acquired information related to FBME Bank ("FBME"); Plaintiffs argue that the Financial Crimes Enforcement Network ("FinCEN") must have received this information from the Central Bank of Cyprus ("CBC") and must have considered it but did not include the new information in the administrative record. *See generally* ECF No. 92-1. In light of ongoing briefing of the single matter remanded to FinCEN from the Court's September 20, 2016 opinion, Defendants sought and received an extension of time such that the Government's opposition would be due February 17, 2017. *See* Minute Order, dated January 18, 2017.

---

[1] By operation of Fed. R. Civ. P. 25(d), the current Secretary of the Treasury should be "automatically substituted as a party" in this case.

Defendants request a brief additional extension of one week to prepare their opposition to this meritless motion. The request is supported by good cause. In particular, an employee who has knowledge of the matters raised in the motion has been out of the office on extended family leave and also has been recused from certain types of FinCEN matters, including Section 311 rulemakings. Accordingly, before seeking information from the employee, FinCEN had to seek and receive authorization for the employee to provide factual information related to this motion. That authorization was only executed on February 13, 2017, and the Government is now diligently reviewing information and preparing its opposition. In light of the unusual delay in gaining access to this employee, as well as the press of other business, Defendants respectfully request an extension of one week, up to and including February 24, 2017, to respond to Plaintiffs' motion for reconsideration.

Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiffs, who indicated that he did not fully understand the reasons for the extension but that his clients had authorized consent to this one extension, on the condition that the Government not obtain any other extensions beyond February 24, 2017.

Dated: February 14, 2017

Respectfully submitted,

CHAD READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

DIANE KELLEHER
Assistant Branch Director

*s/ Amy E. Powell*

LYNN Y. LEE (CA Bar No. 235531)

AMY E. POWELL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-9836
Fax: (202) 616-8470
Email: amy.powell@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FBME, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 15-1270 |
| Steven MNUCHIN, in his capacity as | ) | |
| SECRETARY OF THE TREASURY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Having considered the Defendants' Motion for an Extension, the motion is HEREBY GRANTED; and it is hereby ORDERED that the Defendants file their opposition to the Motion for Reconsideration on or before February 24, 2017.
SO ORDERED.

______________________________
U.S. DISTRICT COURT JUDGE