**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FBME, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 15-1270 |
| Steven MNUCHIN, in his capacity as SECRETARY | ) | |
| OF THE TREASURY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**<u>DEFENDANTS' NOTICE OF CLASSIFIED LODGING</u>**

Defendants, through undersigned counsel, hereby provides notice that the Government is lodging for submission classified information today, February 24, 2017, in support of its Opposition to the Plaintiffs' Motion for Reconsideration. This *ex parte, in camera* submission includes the classified Declaration of Richard May, describing the classified and protected portions of the administrative record in this matter. *See* 31 U.S.C. § 5318A(f) (permitting *ex parte, in camera* review of classified information used under Section 311); *see* Executive Order 13,526 (governing national security information); *see also* 31 U.S.C. § 5318(g) (prohibiting disclosure of certain information under the Bank Secrecy Act). The submission is being lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016. The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

Dated: February 24, 2017

Respectfully Submitted,

CHAD READLER
Acting Assistant Attorney General

DIANE KELLEHER
Assistant Branch Director, Federal Programs Branch

_/s/Amy E. Powell_
AMY E. POWELL
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5377
Washington, D.C. 20530
Tel.: (202) 514-9836
Fax.: (202) 616-8470
Email: amy.powell@usdoj.gov

**CERTIFICATION OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail, on the 24th of February 2017.

*/s/Amy E. Powell*
AMY POWELL
February 24, 2017