**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FBME BANK LTD., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, et al.,**<br><br>Defendants. | Case No. 15-cv-01270 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [88] Defendants' Motion for Summary Judgment be **GRANTED**. It is further

**ORDERED** that [89] Plaintiffs' Cross-Motion for Summary Judgment be **DENIED**. It is further

**ORDERED** that [92] Plaintiffs' Motion for Reconsideration be **DENIED**. It is further

**ORDERED** that the stay of the final rule entitled *Imposition of Special Measure against FBME Bank Ltd., Formerly Known as the Federal Bank of the Middle East Ltd., as a Financial Institution of Primary Money Laundering Concern*, 81 Fed. Reg. 18480 (Mar. 31, 2016), be **LIFTED**.

This is a final, appealable order.

CHRISTOPHER R. COOPER
United States District Judge

Date: April 14, 2017