**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FBME BANK LTD.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN MNUCHIN**, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>Defendants. | Case No. 15-cv-01270 (CRC) |

**STATUS UPDATE**

This status update is to inform the Court that the Defendants ("**Government**") have consented to the pending motion of Plaintiffs FBME Bank Ltd. and FBME Ltd. ("**FBME**") for a 14-day administrative stay. ECF 103.

On April 14, 2017, this Court issued an opinion and final order granting summary judgment to the Government and denying the request of FBME for a full stay pending appeal. ECF 101 & 102. Later that day, FBME moved this Court for a 14-day administrative stay to enable FBME to request a stay pending appeal from the D.C. Circuit. ECF 103. Due to the urgent nature of FBME's motion, it was filed before the Government had formulated its position as to the request for a 14-day administrative stay. ECF 103 at 1.

After the motion for a 14-day administrative stay was filed, counsel for the Government informed counsel for FBME that the Government does not oppose the motion for a 14-day administrative stay and that FBME is authorized to inform this Court of the Government's position. Counsel for the Government further explained that although the Government consents to the 14-day administrative stay, the Government does not concede any of the factual or legal

representations in FBME's motion. The Government also anticipates that it will oppose the request to the D.C. Circuit for a full stay pending appeal.

Dated: April 14, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically filed the foregoing Status Report with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer