**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FBME BANK LTD.**, *et al.*,

Plaintiffs,

v.

**STEVEN MNUCHIN**, in his official capacity as Secretary of the Treasury, *et al.*,

Defendants.

Case No. 15-cv-01270 (CRC)

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs FBME Bank Ltd. and FBME Ltd. respectfully appeal to the United States Court of Appeals for the District of Columbia Circuit from each and every portion of the final judgment entered in this action on April 14, 2017 (ECF 102).

Dated: April 17, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

*/s/ Derek L. Shaffer*

Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*

Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer