APPEAL,CLOSED,STAYED,TYPE−D

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:15−cv−01270−CRC

FBME BANK LTD. et al v. LEW et al
Assigned to: Judge Christopher R. Cooper
Case: 1:15−cv−01641−JEB
Case in other court: 17−05076
Cause: 05:702 Administrative Procedure Act

Date Filed: 08/07/2015
Date Terminated: 04/14/2017
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**FBME BANK LTD.** represented by

**Jonathan Gordon Cooper**
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street, NW
11th Floor
Washington, DC 20001
(202) 538−8146
Fax: (202) 616−8470
Email: jonathancooper@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William A. Burck**
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street, NW
11th Floor
Washington, DC 20001
(202) 538−8000
Email: williamburck@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Derek Lawrence Shaffer**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street, NW
Suite 1100
Washington, DC 20001
(202) 538−8123
Fax: (202) 538−8100
Email: derekshaffer@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FBME LTD.** represented by

**Jonathan Gordon Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William A. Burck**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek Lawrence Shaffer**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JACOB J. LEW**
*in his official capacity as Secretary of the Treasury*

represented by

**Lynn Yuhee Lee**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
(202) 305−0531
Fax: (202) 616−8470
Email: lynn.lee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Powell**
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
Washington, DC 20044
(202) 514−9836
Fax: (202) 616−8517
Email: amy.powell@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEPARTMENT OF TREASURY**

represented by

**Lynn Yuhee Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JENNIFER SHASKY CALVERY**
*in his official capacity as Director of the Financial Crimes Enforcement Network*

represented by

**Lynn Yuhee Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**FINANCIAL CRIMES ENFORCEMENT NETWORK** represented by **Lynn Yuhee Lee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy E. Powell**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/07/2015 | 1 | | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0090−4202628) filed by FBME LTD., FBME BANK LTD.. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons, # 7 Summons)(Shaffer, Derek) (Entered: 08/07/2015) |
| 08/07/2015 | 2 | | Corporate Disclosure Statement by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 08/07/2015) |
| 08/07/2015 | 3 | | MOTION for Preliminary Injunction by FBME Bank LTD., FBME LTD. (Attachments: # 1 Memorandum in Support, # 2 Declaration, # 3 Declaration, # 4 Declaration, # 5 Declaration, # 6 Text of Proposed Order)(Shaffer, Derek) (Entered: 08/07/2015) |
| 08/07/2015 | | | Case Assigned to Judge Christopher R. Cooper. (rd) (Entered: 08/07/2015) |
| 08/07/2015 | 4 | | SUMMONS (6) Issued Electronically as to JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW, U.S. Attorney and U.S. Attorney General (Attachments: # 1 Consent Form, # 2 Notice of Consent)(rd) (Entered: 08/07/2015) |
| 08/07/2015 | 5 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME Bank LTD., FBME LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Declaration)(Shaffer, Derek) (Entered: 08/07/2015) |
| 08/10/2015 | 6 | | NOTICE of Appearance by Lynn Yuhee Lee on behalf of JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Lee, Lynn) (Entered: 08/10/2015) |
| 08/11/2015 | | | MINUTE ORDER: In light of the August 28, 2015 effective date of the final rule, the parties are directed to meet and confer as to whether expedited briefing on Plaintiff's motion for a preliminary injunction is necessary and, if so, to file as soon as practicable a joint proposed briefing and hearing schedule, or separate schedules if mutual agreement cannot be reached. The parties are advised that the Court will be unavailable for a hearing until Monday, August 24, 2015. The parties should contact Courtroom Deputy Terri Robinson at (202) 354−3179 for available dates and times thereafter. Signed by Judge Christopher R. Cooper on 8/11/2015. (lccrc1, ) (Entered: 08/11/2015) |

| | | | |
|---|---|---|---|
| 08/11/2015 | | | SEALED MINUTE ORDER granting re 5 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME Bank LTD., FBME LTD(This document is SEALED and only available to authorized persons.)Signed by Judge Christopher R. Cooper on 8/11/2015.(ztcr) Modified event title on 8/12/2015 (znmw). (Entered: 08/11/2015) |
| 08/11/2015 | 7 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 08/11/2015. (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JACOB J. LEW served on 8/11/2015 (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. FINANCIAL CRIMES ENFORCEMENT NETWORK served on 8/8/2015 (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | 10 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DEPARTMENT OF TREASURY served on 8/11/2015 (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | 11 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 8/11/2015. Answer due for ALL FEDERAL DEFENDANTS by 10/10/2015. (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | 12 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. JENNIFER SHASKY CALVERY served on 8/8/2015 (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | | | MINUTE ORDER: In light of the parties joint request, it is hereby ORDERED that the Preliminary Injunction Hearing will be set for Tuesday, August 25, 2015 at 10:30 AM in Courtroom 27A before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 8/11/2015. (tcr) (Entered: 08/11/2015) |
| 08/11/2015 | 13 | | SEALED DOCUMENT (Exhibits) filed by FBME Bank LTD., FBME LTD.. re 3 MOTION for Preliminary Injunction filed by FBME Bank LTD., FBME LTD.. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 08/11/2015) |
| 08/11/2015 | 14 | | STATUS REPORT *Containing Joint Proposed Briefing and Hearing Schedule for Plaintiffs' Motion for a Preliminary Injunction* by FBME Bank LTD., FBME LTD.. (Shaffer, Derek) (Entered: 08/11/2015) |
| 08/11/2015 | | | MINUTE ORDER: In light of the Joint Proposed Schedule for Plaintiffs' Motion for a Preliminary Injunction filed on 8/11/2015, it is hereby ORDERED that Defendants shall file their opposition to the motion by August 18, 2015, and Plaintiffs shall file their reply in support of the motion by August 21, 2015. Signed by Judge Christopher R. Cooper on 8/11/15. (lccrc1, ) (Entered: 08/11/2015) |
| 08/18/2015 | 15 | | NOTICE of Appearance by Amy E. Powell on behalf of All Defendants (Powell, Amy) (Entered: 08/18/2015) |
| 08/18/2015 | 16 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Lodging of Classified Submission* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Lee, Lynn) (Entered: 08/18/2015) |
| 08/18/2015 | 17 | | MOTION for Leave to File Excess Pages *in Defendants' Opposition to Motion for Preliminary Injunction* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Text of Proposed Order)(Lee, Lynn) (Entered: 08/18/2015) |
| 08/18/2015 | 18 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Memorandum in Support of Final Rule (redacted), # 2 Exhibit 24 to Final Rule Memo, # 3 Exhibit 25 to Final Rule Memo, # 4 Exhibit 26 to Final Rule Memo (Redacted Memo for Finding of Fact), # 5 Exhibit 45 to Memo for Finding of Fact)(Lee, Lynn) (Entered: 08/18/2015) |
| 08/18/2015 | 19 | | Memorandum in opposition to re 3 MOTION for Preliminary Injunction filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Attachments: # 1 Exhibit 1)(Lee, Lynn) (Entered: 08/18/2015) |
| 08/18/2015 | 20 | | AFFIDAVIT re 19 Memorandum in Opposition *Declaration of Jennifer Shasky Calvery* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Attachments: # 1 Exhibit)(Lee, Lynn) (Entered: 08/19/2015) |
| 08/19/2015 | 21 | | AFFIDAVIT re 19 Memorandum in Opposition *Declaration of Stephanie Brooker* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lee, Lynn) (Entered: 08/19/2015) |
| 08/19/2015 | | | MINUTE ORDER: It is hereby ORDERED that 18 Defendants' Sealed Motion to File Document Under Seal is GRANTED.(This document is SEALED and only available to authorized persons.)Signed by Judge Christopher R. Cooper on 8/19/2015.(ztcr) (Entered: 08/19/2015) |
| 08/19/2015 | 22 | | SEALED DOCUMENT filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Part 2 of 5, # 2 Part 3 of 5, # 3 Part 4 of 5, # 4 Part 5 of 5)(ztd) (Entered: 08/19/2015) |
| 08/19/2015 | 23 | | NOTICE *of Errata* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW re 19 Memorandum in Opposition (Attachments: # 1 Memorandum in Support of Opposition to Preliminary Injunction − CORRECTED)(Lee, Lynn) (Entered: 08/19/2015) |
| 08/21/2015 | 24 | | MOTION for Leave to File Excess Pages by FBME BANK LTD., FBME LTD. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: |

| | | | |
|---|---|---|---|
| | | | 08/21/2015) |
| 08/21/2015 | | | MINUTE ORDER: It is hereby ORDERED that 24 Plaintiffs' Motion for Leave to File Excess Pages is GRANTED. Plaintiffs may file a reply brief of up to thirty (30) pages. Signed by Judge Christopher R. Cooper on 08/21/2015. (lccrc3, ) (Entered: 08/21/2015) |
| 08/21/2015 | | | MINUTE ORDER: It is hereby ORDERED that 17 Defendants' Motion for Leave to File Excess Pages is GRANTED. Signed by Judge Christopher R. Cooper on 08/21/2015. (lccrc3, ) (Entered: 08/21/2015) |
| 08/21/2015 | 25 | | REPLY to opposition to motion re 3 MOTION for Preliminary Injunction filed by FBME BANK LTD., FBME LTD.. (Attachments: # 1 Exhibit)(Shaffer, Derek) (Entered: 08/21/2015) |
| 08/25/2015 | | | Minute Entry for proceedings held before Judge Christopher R. Cooper: Preliminary Injunction held and concluded on 8/25/2015. Argument heard and this matter has been taken under advisement. (Court Reporter Lisa Moreira) (tcr) (Entered: 08/25/2015) |
| 08/26/2015 | 26 | | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Christopher R. Cooper held on August 25. 2015; Page Numbers: 1−128. Date of Issuance:August 26, 2015. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number 202−354−3187, Court Reporter Email Address : Lisa_Moreira@dcd.uscourts.gov.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/16/2015. Redacted Transcript Deadline set for 9/26/2015. Release of Transcript Restriction set for 11/24/2015.(Moreira, Lisa) (Entered: 08/26/2015) |
| 08/26/2015 | 27 | | NOTICE *of Filing of Supplemental Declaration* by FBME BANK LTD., FBME LTD. re 3 MOTION for Preliminary Injunction (Attachments: # 1 Declaration)(Shaffer, Derek) (Entered: 08/26/2015) |
| 08/26/2015 | 28 | | NOTICE *of Filing of Supplemental Declaration* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Declaration Second Declaration of Stephanie Brooker)(Powell, Amy) (Entered: 08/26/2015) |
| 08/26/2015 | 29 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, |

| | | | |
|---|---|---|---|
| | | | FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Under Seal Exhibits to Second Brooker Declaration)(Powell, Amy) (Entered: 08/26/2015) |
| 08/26/2015 | 30 | | NOTICE *of Errata* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW re 28 Notice (Other) (Attachments: # 1 Declaration of Stephanie Brooker)(Lee, Lynn) (Entered: 08/26/2015) |
| 08/27/2015 | | | SEALED MINUTE ORDER granting re 29 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL (This document is SEALED and only available to authorized persons.)Signed by Judge Christopher R. Cooper on 8/27/2015.(ztcr) (Entered: 08/27/2015) |
| 08/27/2015 | 31 | | SEALED DOCUMENT (Exhibit A) filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. re 28 Notice (Other) filed by FINANCIAL CRIMES ENFORCEMENT NETWORK, DEPARTMENT OF TREASURY, JACOB J. LEW, JENNIFER SHASKY CALVERY. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 08/27/2015) |
| 08/27/2015 | 32 | | ORDER: It is hereby ORDERED that 3 Plaintiffs' Motion for Preliminary Injunction is GRANTED. It is further ORDERED that the final rule entitled Imposition of Special Measure Against FBME Bank Ltd., Formerly Known as the Federal Bank of the Middle East Ltd., as a Financial Institution of Primary Money Laundering Concern, 80 Fed. Reg. 45057 (July 29, 2015), is enjoined from taking effect until the Court enters a final judgment in this case. It is further ORDERED that the parties shall meet and confer as to an expedited briefing schedule on the merits of Plaintiffs' Complaint and to file as soon as practicable a joint proposed briefing schedule, or separate schedules if mutual agreement cannot be reached. Signed by Judge Christopher R. Cooper on 08/27/2015. (lccrc3) (Entered: 08/27/2015) |
| 08/27/2015 | 33 | | MEMORANDUM OPINION re 3 Plaintiffs' Motion for Preliminary Injunction. Signed by Judge Christopher R. Cooper on 08/27/2015. (lccrc3) . (Entered: 08/27/2015) |
| 09/01/2015 | 34 | | NOTICE OF FILING REDACTED DOCUMENT to 13 Sealed Document by FBME BANK LTD., FBME LTD. (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Shaffer, Derek) (Entered: 09/01/2015) |
| 09/10/2015 | 35 | | Joint STATUS REPORT by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 09/10/2015) |
| 09/17/2015 | 36 | | STATUS REPORT by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 09/17/2015) |
| 09/17/2015 | 37 | | PROPOSED BRIEFING SCHEDULE by FBME BANK LTD., FBME LTD.. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: 09/17/2015) |

| | | | |
|---|---|---|---|
| 09/18/2015 | | | MINUTE ORDER: Having considered 36 Defendants' September 17, 2015 status report and 37 Plaintiffs' opposition thereto, it is hereby ORDERED that Defendants file a motion for voluntary remand on or before September 28, 2015; that Plaintiffs' opposition shall be due on or before October 5, 2015; and that Defendants' reply shall be due on or before October 13, 2015. The Court will schedule a hearing if deemed necessary after reviewing the briefing. Signed by Judge Christopher R. Cooper on 09/18/2015. (lccrc3) (Entered: 09/18/2015) |
| 09/28/2015 | 38 | | MOTION to Remand to Financial Crimes Enforcement Network by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Text of Proposed Order)(Lee, Lynn) (Entered: 09/28/2015) |
| 10/05/2015 | 39 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME BANK LTD., FBME LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit Filed Under Seal, # 2 Exhibit Filed Under Seal, # 3 Exhibit Filed Under Seal, # 4 Exhibit Filed Under Seal, # 5 Exhibit Filed Under Seal, # 6 Text of Proposed Order)(Shaffer, Derek) (Entered: 10/05/2015) |
| 10/05/2015 | 40 | | Memorandum in opposition to re 38 MOTION to Remand to Financial Crimes Enforcement Network filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 10/05/2015) |
| 10/05/2015 | 41 | | AFFIDAVIT re 40 Memorandum in Opposition *to Defendants' Motion to Remand* by FBME BANK LTD., FBME LTD.. (Attachments: # 1 Exhibit)(Shaffer, Derek) (Entered: 10/05/2015) |
| 10/05/2015 | 42 | | NOTICE *of Errata* by FBME BANK LTD., FBME LTD. re 41 Affidavit (Attachments: # 1 Affidavit CORRECTED Declaration of Derek L. Shaffer)(Shaffer, Derek) (Entered: 10/05/2015) |
| 10/06/2015 | | | SEALED MINUTE ORDER granting re 39 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME BANK LTD., FBME LTD. (This document is SEALED and only available to authorized persons.) Signed by Judge Christopher R. Cooper on 10/6/2015.(ztcr) (Entered: 10/06/2015) |
| 10/06/2015 | 43 | | SEALED DOCUMENT (Exhibits C−G) filed by FBME BANK LTD., FBME LTD.. re 41 Affidavit filed by FBME LTD., FBME BANK LTD.. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 10/06/2015) |
| 10/06/2015 | 44 | | Unopposed MOTION for Extension of Time to File Response/Reply *in Support of Motion for Voluntary Remand* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Text of Proposed Order)(Lee, Lynn) (Entered: 10/06/2015) |
| 10/06/2015 | | | MINUTE ORDER granting 44 Motion for Extension of Time to File Response/Reply: It is hereby ORDERED that Defendants' reply in support of their Motion for Voluntary Remand shall be due on October 16, 2015. Signed by Judge Christopher R. Cooper on 10/6/15. (lccrc1) (Entered: 10/06/2015) |

| | | | |
|---|---|---|---|
| 10/16/2015 | 45 | | REPLY to opposition to motion re 38 MOTION to Remand to Financial Crimes Enforcement Network filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Powell, Amy) (Entered: 10/16/2015) |
| 10/22/2015 | | | MINUTE ORDER: A Telephonic Conference is set for Friday, October 23,2015 at 10:00 AM in Chambers before Judge Christopher R. Cooper. Signed by Judge Christopher R. Cooper on 10/22/2015. (tcr) (Entered: 10/22/2015) |
| 10/29/2015 | 46 | | TRANSCRIPT OF TELEPHONE CONFERENCE before Judge Christopher R. Cooper held on October 23, 2015; Page Numbers: 1−5. Date of Issuance:October 29, 2015. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number 202−354−3187, Transcripts may be ordered by submitting the Transcript Order Form.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/19/2015. Redacted Transcript Deadline set for 11/29/2015. Release of Transcript Restriction set for 1/27/2016.(Moreira, Lisa) (Entered: 10/29/2015) |
| 10/30/2015 | 47 | | NOTICE *re: Information Requested by Court* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Lee, Lynn) (Entered: 10/30/2015) |
| 11/03/2015 | 48 | | RESPONSE re 47 Notice (Other) *re: Information Requested by Court* filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 11/03/2015) |
| 11/06/2015 | 49 | | MEMORANDUM OPINION AND ORDER granting 38 Motion to Remand: It is hereby ORDERED that 38 FinCEN's Motion to Remand is GRANTED. It is further ORDERED that, no later than November 30, 2015, FinCEN will publish notice of its intent to reopen the Final Rule and provide relevant unclassified materials to plaintiffs and the public. It is further ORDERED that the deadline for comments on the reopened Final Rule shall be set for no later than two months following FinCEN's notice of intent to reopen the Final Rule. It is further ORDERED that, no later than two months following the deadline for comments, FinCEN will render a decision on the reopened Final Rule. It is further ORDERED that, no later than two weeks after FinCEN renders a decision on the reopened Final Rule, the parties shall meet and confer and submit to the Court a joint status report. It is further ORDERED that this action |

| | | | |
|---|---|---|---|
| | | | be STAYED pending completion of the remand proceedings. Signed by Judge Christopher R. Cooper on 11/6/2015. (lccrc3) (Entered: 11/06/2015) |
| 12/11/2015 | 50 | | NOTICE OF FILING REDACTED DOCUMENT by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (The original PDF Document contained privacy information and was restricted pursuant to the E−Government Act.) (Attachments: # 1 Memorandum in Support of Final Rule (evidentiary), # 2 Exhibit 24 to Final Rule memo, # 3 Exhibit 25 to Final Rule memo, # 4 Exhibit 26 to Final Rule memo, # 5 Exhibit 45 to Final Rule memo)(Lee, Lynn) (Entered: 12/11/2015) |
| 02/26/2016 | 51 | | NOTICE *and Request for Hearing* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Lee, Lynn) (Entered: 02/26/2016) |
| 02/26/2016 | 52 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Lee, Lynn) (Entered: 02/26/2016) |
| 02/29/2016 | | | SEALED MINUTE ORDER granting re 52 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) Signed by Judge Christopher R. Cooper on 2/29/2016.(ztcr) (Entered: 02/29/2016) |
| 02/29/2016 | 53 | | SEALED DOCUMENT filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. re Sealed Order, 51 Notice (Other) filed by FINANCIAL CRIMES ENFORCEMENT NETWORK, DEPARTMENT OF TREASURY, JACOB J. LEW, JENNIFER SHASKY CALVERY. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 02/29/2016) |
| 03/01/2016 | 54 | | ORDER denying 51 the parties' joint Request for a Hearing. Signed by Judge Christopher R. Cooper on 3/1/2016. (lccrc3) (Entered: 03/01/2016) |
| 04/05/2016 | 55 | | Joint STATUS REPORT *and Proposed Schedule* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 04/05/2016) |
| 04/06/2016 | | | MINUTE ORDER: In light of 55 the parties' Joint Status Report, it is hereby ORDERED that, no later than April 22, 2016, Defendants produce the unclassified, non−protected administrative record to Plaintiffs; that, no later than April 29, 2016, Plaintiffs and Defendants cross−move for summary judgment and file opening briefs; and that, no later than May 23, 2016, Plaintiffs and Defendants file briefs responding to the other side's opening brief. It is FURTHER ORDERED that a hearing on the parties' cross−motions for summary judgment be set for Friday, June 3, 2016 at 1:30 PM in Courtroom 27A before Judge Christopher R. Cooper. Signed by Judge |

| | | | |
|---|---|---|---|
| | | | Christopher R. Cooper on 4/6/2016. (lccrc3) (Entered: 04/06/2016) |
| 04/07/2016 | | | Set/Reset Deadlines/Hearings: Cross Motions for summary judgment and opening brief due by 4/29/2016. Responses to opening brief due by 5/23/2016. Motion Hearing set for 6/3/2016 at 1:30 PM in Courtroom 27A before Judge Christopher R. Cooper. (gdf) (Entered: 04/07/2016) |
| 04/08/2016 | | | Set/Reset Hearings: Motion Hearing set for 6/3/2016 at 1:30 PM in Courtroom 27A before Judge Christopher R. Cooper. (tcr) (Entered: 04/08/2016) |
| 04/25/2016 | 56 | | MOTION for Leave to File Excess Pages by FBME BANK LTD., FBME LTD. (Attachments: # 1 Text of Proposed Order Proposed Order)(Shaffer, Derek) (Entered: 04/25/2016) |
| 04/26/2016 | | | MINUTE ORDER granting in part 56 Plaintiffs' Motion for Leave to File Excess Pages: It is hereby ORDERED that Plaintiffs and Defendant may both file an opening memorandum in support of a motion for summary judgment of up to fifty−five (55) pages. Signed by Judge Christopher R. Cooper on 4/26/2016. (lccrc3) (Entered: 04/26/2016) |
| 04/29/2016 | 57 | | NOTICE of Appearance by Jonathan Gordon Cooper on behalf of FBME BANK LTD., FBME LTD. (Cooper, Jonathan) (Entered: 04/29/2016) |
| 04/29/2016 | 58 | | NOTICE *of Lodging* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Powell, Amy) (Entered: 04/29/2016) |
| 04/29/2016 | 59 | | NOTICE of Appearance by William A. Burck on behalf of FBME BANK LTD., FBME LTD. (Burck, William) (Entered: 04/29/2016) |
| 04/29/2016 | 60 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) (Attachments: # 1 AR0001−AR0044, # 2 AR0045−AR0087, # 3 AR0088−AR0144, # 4 AR0145−AR0249, # 5 AR0250−AR0366, # 6 AR0367−AR0475, # 7 AR0476−AR0580, # 8 AR0581−AR0679, # 9 AR0680−AR0782, # 10 AR0783−AR0844, # 11 AR0845−AR0909, # 12 AR0910−AR1022, # 13 AR1023−AR1157, # 14 AR1158−AR1275, # 15 AR1276−AR1414, # 16 AR1415−AR1529, # 17 AR1530−AR1648, # 18 AR1649−AR1759, # 19 AR1760−AR1885, # 20 AR1886−AR2016, # 21 AR2017−AR2143, # 22 AR2144−AR2240, # 23 AR2241−AR2354, # 24 AR2355−AR2460, # 25 AR2461−AR2544, # 26 AR2545−AR2651, # 27 AR2652−AR2686, # 28 AR2687−AR2761, # 29 AR2762−AR2833, # 30 AR2834−AR2909, # 31 AR2910−AR2974, # 32 AR2975−AR3055, # 33 AR3056−AR3134, # 34 AR3135−AR3234, # 35 AR3235−AR3301, # 36 AR3302−AR3326, # 37 AR3327−AR3364, # 38 AR3365−AR3394, # 39 AR3395−AR3465, # 40 AR3466−AR3547, # 41 AR3548−AR3631, # 42 AR3632−AR3758, # 43 AR3759−AR3831, # 44 AR3832−AR3886, # 45 AR3887−AR3963, # 46 AR3964−AR3983, # 47 AR3984−AR4055, # 48 AR4056−AR4143, # 49 AR4144−AR4219, # 50 AR4220−AR4279, # 51 AR4280−AR4329, # 52 AR4330−AR4374, # 53 AR4375−AR4453, # 54 AR4454−AR4518)(Powell, Amy) (Entered: 04/29/2016) |
| 04/29/2016 | 61 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Summary Judgment by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Text of Proposed Order)(Lee, Lynn) (Entered: 04/29/2016) |
| 04/29/2016 | 62 | | MOTION for Summary Judgment by FBME BANK LTD., FBME LTD. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Ayoub−Farid Saab, # 3 Declaration of M. Elizabeth Peters, # 4 Text of Proposed Order)(Shaffer, Derek) (Entered: 04/29/2016) |
| 04/29/2016 | 63 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME BANK LTD., FBME LTD. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Shaffer, Derek) (Entered: 04/29/2016) |
| 04/29/2016 | 64 | | MOTION for Order *to Supplement the Administrative Record* by FBME BANK LTD., FBME LTD. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: 04/29/2016) |
| 05/02/2016 | | | SEALED MINUTE ORDER granting re 63 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by FBME BANK LTD., FBME LTD. (This document is SEALED and only available to authorized persons.) filed by FBME LTD., FBME BANK LTD..(This document is SEALED and only available to authorized persons.)Signed by Judge Christopher R. Cooper on 5/2/2016.(ztcr) (Entered: 05/02/2016) |
| 05/02/2016 | 65 | | SEALED DOCUMENT (Appendices B−C, E−F, and J−K) filed by FBME BANK LTD., FBME LTD.. re 62 MOTION for Summary Judgment filed by FBME LTD., FBME BANK LTD.. (This document is SEALED and only available to authorized persons.)(znmw) (Entered: 05/03/2016) |
| 05/04/2016 | | | MINUTE ORDER granting 60 Sealed Motion for Leave to File Document Under Seal. Signed by Judge Christopher R. Cooper on 5/4/2016. (tcr) (Entered: 05/04/2016) |
| 05/04/2016 | 66 | | ADMINISTRATIVE RECORD (UNREDACTED LODGED UNDER SEAL AT DOCKET ENTRY NO. 60 ) by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (ztd) (Entered: 05/13/2016) |
| 05/16/2016 | 67 | | RESPONSE re 64 MOTION for Order *to Supplement the Administrative Record* filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Attachments: # 1 Declaration of Richard May)(Lee, Lynn) (Entered: 05/16/2016) |
| 05/16/2016 | 68 | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Lee, Lynn) (Entered: 05/16/2016) |
| 05/20/2016 | | | MINUTE ORDER granting re 68 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, |

| | | | |
|---|---|---|---|
| | | | DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.). Signed by Judge Christopher R. Cooper on 5/20/2016. (tcr) (Entered: 05/20/2016) |
| 05/20/2016 | 69 | | SEALED DOCUMENT (Exhibits 1−4) filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. re Order, 64 MOTION for Order *to Supplement the Administrative Record* filed by FBME LTD., FBME BANK LTD.. (This document is SEALED and only available to authorized persons.)(ztd) (Entered: 05/23/2016) |
| 05/23/2016 | 70 | | Memorandum in opposition to re 61 MOTION for Summary Judgment filed by FBME BANK LTD., FBME LTD.. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: 05/23/2016) |
| 05/23/2016 | 71 | | REPLY to opposition to motion re 64 MOTION for Order *to Supplement the Administrative Record* filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 05/23/2016) |
| 05/23/2016 | 72 | | MOTION To Cross−Examine or Depose Witness or, Alternatively, to Strike Declaration by FBME BANK LTD., FBME LTD. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: 05/23/2016) |
| 05/23/2016 | 73 | | Memorandum in opposition to re 62 MOTION for Summary Judgment filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 05/23/2016) |
| 05/26/2016 | | | MINUTE ORDER: It is hereby ORDERED that Defendant respond to 72 Plaintiff's Motion to Cross−Examine or Depose Witness or, Alternatively, to Strike Declaration by close of business May 31, 2016, and that Plaintiff file any reply by close of business June 1, 2016. Signed by Judge Christopher R. Cooper on 5/26/16. (lccrc1) (Entered: 05/26/2016) |
| 05/26/2016 | 74 | | ERRATA − *Certification of Administrative Record* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW 60 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (This document is SEALED and only available to authorized persons.) filed by FINANCIAL CRIMES ENFORCEMENT NETWORK, DEPARTMENT OF TREASURY, JACOB J. LEW, JENNIFER SHASKY CALVERY, 61 MOTION for Summary Judgment filed by FINANCIAL CRIMES ENFORCEMENT NETWORK, DEPARTMENT OF TREASURY, JACOB J. LEW, JENNIFER SHASKY CALVERY. (Attachments: # 1 Certification of Administrative Record)(Powell, Amy) (Entered: 05/26/2016) |
| 05/27/2016 | | | Set/Reset Deadlines: Response to 72 Plaintiff's Motion to Cross−Examine or Depose Witness or, Alternatively, to Strike Declaration by close of business 5/31/2016; Plaintiff to file reply by close of business 6/1/2016. (kt) (Entered: 05/27/2016) |
| 05/31/2016 | 75 | | |

| | | | |
|---|---|---|---|
| | | | Memorandum in opposition to re 72 MOTION To Cross−Examine or Depose Witness or, Alternatively, to Strike Declaration filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Powell, Amy) (Entered: 05/31/2016) |
| 06/01/2016 | 76 | | REPLY to opposition to motion re 72 MOTION To Cross−Examine or Depose Witness or, Alternatively, to Strike Declaration filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 06/01/2016) |
| 06/03/2016 | | | Minute Entry for proceedings held before Judge Christopher R. Cooper: Motion Hearing held on 6/3/2016 re Plaintiffs' 62 MOTION for Summary Judgment Plaintiffs' 64 MOTION for Order to Supplement the Administrative Record and Defendants' 61 MOTION for Summary Judgment; Argument heard and this matter is taken under advisement. Defendants to file their Notice of Declaration within 7 days and Plaintiff to respond thereafter. (Court Reporter Lisa Moreira) (tcr) (Entered: 06/03/2016) |
| 06/03/2016 | | | MINUTE ORDER: As noted during the hearing on parties' cross−motions for summary judgment held June 3, 2016, Defendants are hereby ORDERED to file any declaration detailing FinCEN's compliance with applicable statutory consultation requirements by June 10, 2016. It is further ORDERED that Plaintiffs file any response, not to exceed 10 pages, by June 17, 2016, and that Defendants file any reply, not to exceed 10 pages, by June 22, 2016. Signed by Judge Christopher R. Cooper on 6/3/16. (lccrc1) (Entered: 06/03/2016) |
| 06/06/2016 | | | Set/Reset Deadlines: Defendants to file any declaration detailing FinCEN's compliance with applicable statutory consultation requirements by 6/10/2016; Plaintiffs to file any response, not to exceed 10 pages, by 6/17/2016; Defendants to file any reply, not to exceed 10 pages, by 6/22/2016. (kt) (Entered: 06/06/2016) |
| 06/07/2016 | 77 | | TRANSCRIPT OF MOTIONS HEARING before Judge Christopher R. Cooper held on June 3, 2016; Page Numbers: 1−110. Date of Issuance:June 7, 2016. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number 202−354−3187, Transcripts may be ordered by submitting the Transcript Order Form.<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 6/28/2016. Redacted Transcript Deadline set for 7/8/2016. Release of Transcript Restriction set for 9/5/2016.(Moreira, Lisa) |

| | | | |
|---|---|---|---|
| | | | (Entered: 06/07/2016) |
| 06/08/2016 | 78 | | Joint STATUS REPORT by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 06/08/2016) |
| 06/10/2016 | 79 | | NOTICE *of Filing of Declaration* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Declaration of Richard May)(Lee, Lynn) (Entered: 06/10/2016) |
| 06/13/2016 | 80 | | RESPONSE re 79 Notice (Other) *of Filing of Declaration* filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 06/13/2016) |
| 06/22/2016 | 81 | | SUPPLEMENTAL MEMORANDUM to re 80 Response to Document filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Powell, Amy) (Entered: 06/22/2016) |
| 07/22/2016 | 82 | | ORDER staying implementation of the final rule pending judicial review, pursuant to 5 U.S.C. § 705. Signed by Judge Christopher R. Cooper on 7/22/2016. (lccrc3) (Entered: 07/22/2016) |
| 09/20/2016 | 83 | | MEMORANDUM OPINION re: 61 Defendants' Motion for Summary Judgment; 62 Plaintiffs' Motion for Summary Judgment; 64 Plaintiffs' Motion for Order to Supplement the Administrative Record; 72 Plaintiffs' Motion to Cross−Examine or Depose Richard May. Signed by Judge Christopher R. Cooper on 9/20/2016. (lccrc1) (Entered: 09/20/2016) |
| 09/20/2016 | 84 | | ORDER: It is hereby ORDERED that 61 Defendants' Motion for Summary Judgment and 62 Plaintiffs' Motion for Summary Judgment shall be GRANTED IN PART and DENIED IN PART. Summary judgment is GRANTED to Defendants except to the extent FinCEN failed to respond to FBME's significant comments regarding Defendants' analysis of SARs data, as outlined in the accompanying Memorandum Opinion. This matter is hereby REMANDED to FinCEN for proceedings consistent with the Opinion. The Rule shall remain stayed until the agency furnishes adequate responses to FBME's significant comments. It is further ORDERED that 64 Plaintiffs' Motion for Order to Supplement the Administrative record is DENIED. It is further ORDERED that 72 Plaintiffs' Motion to Cross−Examine or Depose Richard May is DENIED. Signed by Judge Christopher R. Cooper on 9/20/2016. (lccrc1) (Entered: 09/20/2016) |
| 10/28/2016 | 85 | | STATUS REPORT by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 10/28/2016) |
| 11/01/2016 | 86 | | STATUS REPORT by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 11/01/2016) |
| 12/08/2016 | 87 | | Joint MOTION for Briefing Schedule and Joint STATUS REPORT by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) Modified event title on 12/9/2016 (znmw). (Entered: 12/08/2016) |
| 12/08/2016 | | | MINUTE ORDER: In light of 87 the parties' Joint Status Report, it is hereby ORDERED that, no later than December 12, 2016, Defendants move for |

| | | | |
|---|---|---|---|
| | | | summary judgment (brief limited to 8 pages); that, no later than January 10, 2017, Plaintiffs oppose & cross−move for summary judgment (brief limited to 15 pages); that, no later than January 31, 2017, Defendants reply & oppose the cross−motion (brief limited to 15 pages); and that, no later than February 10, 2017, Plaintiffs reply in support of the cross−motion (brief limited to 8 pages). Signed by Judge Christopher R. Cooper on 12/8/2016. (lccrc1) (Entered: 12/08/2016) |
| 12/09/2016 | | | Set/Reset Deadlines: Dispositive Motions due by 12/12/2016. Response to Dispositive Motions due by 1/10/2017. Reply to Dispositive Motions due by 1/31/2017. Plaintiffs reply in support of the cross−motion due by 2/10/2017. (zlsj) Modified on 12/9/2016 (lsj). (Entered: 12/09/2016) |
| 12/12/2016 | 88 | | Second MOTION for Summary Judgment by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Lee, Lynn) (Entered: 12/12/2016) |
| 01/10/2017 | 89 | | Cross MOTION for Summary Judgment or, in the alternative, MOTION to Continue Stay Pending Appeal by FBME BANK LTD., FBME LTD. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Shaffer, Derek). Added MOTION to Continue on 1/11/2017 (jf). (Entered: 01/10/2017) |
| 01/10/2017 | 90 | | Memorandum in opposition to re 88 Second MOTION for Summary Judgment filed by FBME BANK LTD., FBME LTD.. (Attachments: # 1 Text of Proposed Order)(Shaffer, Derek) (Entered: 01/10/2017) |
| 01/11/2017 | | | NOTICE OF ERROR re 89 Motion for Summary Judgment; emailed to derekshaffer@quinnemanuel.com, cc'd 6 associated attorneys −− The PDF file you docketed contained errors: 1. Two−part docket entry, 2. Counsel is docket all parts of their motion (jf, ) (Entered: 01/11/2017) |
| 01/11/2017 | 91 | | ERRATA by FBME BANK LTD., FBME LTD. 89 Cross MOTION for Summary Judgment filed by FBME LTD., FBME BANK LTD., 90 Memorandum in Opposition filed by FBME LTD., FBME BANK LTD.. (Attachments: # 1 Errata First Page of Memorandum In Support of Plaintiffs' Cross Motion for Summary Judgment Or, In the Alternative, For A Continued Stay Pending Appeal, And In Opposition To Defendants' Renewed Motion for Summary Judgment)(Shaffer, Derek) (Entered: 01/11/2017) |
| 01/17/2017 | 92 | | MOTION for Reconsideration by FBME BANK LTD., FBME LTD. (Attachments: # 1 Memorandum in Support, # 2 Declaration of George Z. Georgiou, # 3 Text of Proposed Order)(Shaffer, Derek) (Entered: 01/17/2017) |
| 01/17/2017 | 93 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Attachments: # 1 Text of Proposed Order)(Lee, Lynn) (Entered: 01/17/2017) |
| 01/18/2017 | | | MINUTE ORDER granting 93 Motion for Extension of Time to File Response/Reply: Defendants shall oppose Plaintiff's 92 Motion for Reconsideration on or before February 17, 2017. Signed by Judge Christopher R. Cooper on 1/18/2017. (lccrc3) (Entered: 01/18/2017) |

| | | | |
|---|---|---|---|
| 01/23/2017 | | | Set/Reset Deadlines: Replies due by 2/17/2017. (zlsj) (Entered: 01/23/2017) |
| 01/31/2017 | 94 | | REPLY to opposition to motion re 88 Second MOTION for Summary Judgment filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 01/31/2017) |
| 02/01/2017 | 95 | | Memorandum in opposition to re 89 Cross MOTION for Summary Judgment filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Lee, Lynn) (Entered: 02/01/2017) |
| 02/06/2017 | 96 | | REPLY to opposition to motion re 89 Cross MOTION for Summary Judgment filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 02/06/2017) |
| 02/14/2017 | 97 | | Unopposed MOTION for Extension of Time to File Response/Reply as to 92 MOTION for Reconsideration by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Powell, Amy) (Entered: 02/14/2017) |
| 02/15/2017 | | | MINUTE ORDER granting 97 Motion for Extension of Time to File Response/Reply: It is hereby ORDERED that Defendants shall file their opposition to Plaintiff's Motion for Reconsideration no later than February 24, 2017. Signed by Judge Christopher R. Cooper on 2/15/2017. (lccrc1) (Entered: 02/15/2017) |
| 02/24/2017 | 98 | | Memorandum in opposition to re 92 MOTION for Reconsideration filed by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW. (Attachments: # 1 Declaration (Third) of Richard May)(Powell, Amy) (Entered: 02/24/2017) |
| 02/24/2017 | 99 | | NOTICE *of Classified Lodging* by JENNIFER SHASKY CALVERY, DEPARTMENT OF TREASURY, FINANCIAL CRIMES ENFORCEMENT NETWORK, JACOB J. LEW (Powell, Amy) (Entered: 02/24/2017) |
| 03/01/2017 | 100 | | REPLY to opposition to motion re 92 MOTION for Reconsideration filed by FBME BANK LTD., FBME LTD.. (Shaffer, Derek) (Entered: 03/01/2017) |
| 04/14/2017 | 101 | | MEMORANDUM OPINION re: 88 Defendants' Motion for Summary Judgment; 89 Plaintiffs' Cross−Motion for Summary Judgment; 92 Plaintiffs' Motion for Reconsideration. Signed by Judge Christopher R. Cooper on 4/14/2017. (lccrc1) (Entered: 04/14/2017) |
| 04/14/2017 | 102 | 22 | ORDER: It is hereby ORDERED that 88 Defendants' Motion for Summary Judgment be GRANTED. It is further ORDERED that 89 Plaintiffs' Cross−Motion for Summary Judgment be DENIED. It is further ORDERED that 92 Plaintiffs' Motion for Reconsideration be DENIED. It is further ORDERED that the previously imposed stay be LIFTED. Signed by Judge Christopher R. Cooper on 4/14/2017. (lccrc1) (Entered: 04/14/2017) |
| 04/14/2017 | 103 | | Emergency MOTION to Stay *for 14 Days* by FBME BANK LTD., FBME LTD. (Attachments: # 1 Text of Proposed Order Proposed Order)(Shaffer, Derek) (Entered: 04/14/2017) |

| | | | |
|---|---|---|---|
| 04/14/2017 | 104 | | NOTICE *of Status Update* by FBME BANK LTD., FBME LTD. re 103 Emergency MOTION to Stay *for 14 Days* (Shaffer, Derek) (Entered: 04/14/2017) |
| 04/17/2017 | 105 | | ENTERED IN ERROR.....NOTICE *OF APPEAL* by FBME BANK LTD., FBME LTD. re 102 Order on Motion for Summary Judgment,,,, Order on Motion for Reconsideration,, Order on Motion to Continue, (Shaffer, Derek) Modified on 4/17/2017 (zjf). (Entered: 04/17/2017) |
| 04/17/2017 | | | MINUTE ORDER granting 103 Motion for Temporary Administrative Stay: Plaintiffs' Motion for a fourteen−day administrative stay, consented to by the Government, is hereby GRANTED. Signed by Judge Christopher R. Cooper on 4/17/2017. (lccrc1) (Entered: 04/17/2017) |
| 04/17/2017 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 105 Notice (Other) was entered in error and counsel was instructed to refile said pleading using the Appeal category event. (jf) (Entered: 04/17/2017) |
| 04/17/2017 | 106 | 19 | NOTICE OF APPEAL TO DC CIRCUIT COURT by FBME BANK LTD., FBME LTD.. Filing fee $ 505, receipt number 0090−4916460. Fee Status: Fee Paid. Parties have been notified. (Shaffer, Derek) (Entered: 04/17/2017) |
| 04/17/2017 | | | USCA Case Number 17−5076 for 106 Notice of Appeal to DC Circuit Court filed by FBME LTD., FBME BANK LTD.. (td) (Entered: 04/18/2017) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FBME BANK LTD.**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN MNUCHIN**, in his official capacity as Secretary of the Treasury, *et al.*,<br><br>Defendants. | Case No. 15-cv-01270 (CRC) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs FBME Bank Ltd. and FBME Ltd. respectfully appeal to the United States Court of Appeals for the District of Columbia Circuit from each and every portion of the final judgment entered in this action on April 14, 2017 (ECF 102).

Dated: April 17, 2017

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

*/s/ Derek L. Shaffer*
Derek L. Shaffer (D.C. Bar No. 478775)
William A. Burck (D.C. Bar No. 979677)
Lauren H. Dickie (IL Bar No. 6286037)
Jonathan G. Cooper (D.C. Bar No. 999764)
777 Sixth Street NW, 11th Floor
Washington, DC 20001
(202) 538-8000

HOGAN LOVELLS US LLP

*/s/ Peter S. Spivack*
Peter S. Spivack (D.C. Bar No. 453731)
J. Evans Rice III (D.C. Bar No. 481768)
555 Thirteenth Street NW
Washington, DC 20004
(202) 637-5600

*Attorneys for Plaintiffs*
*FBME Bank Ltd. and FBME Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the Court's ECF system, which will send notice of this filing to all parties.

*/s/ Derek L. Shaffer*
Derek L. Shaffer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FBME BANK LTD., et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, et al.,**<br><br>Defendants. | Case No. 15-cv-01270 (CRC) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [88] Defendants' Motion for Summary Judgment be **GRANTED**. It is further

**ORDERED** that [89] Plaintiffs' Cross-Motion for Summary Judgment be **DENIED**. It is further

**ORDERED** that [92] Plaintiffs' Motion for Reconsideration be **DENIED**. It is further

**ORDERED** that the stay of the final rule entitled *Imposition of Special Measure against FBME Bank Ltd., Formerly Known as the Federal Bank of the Middle East Ltd., as a Financial Institution of Primary Money Laundering Concern*, 81 Fed. Reg. 18480 (Mar. 31, 2016), be **LIFTED**.

This is a final, appealable order.

Christopher R. Cooper
CHRISTOPHER R. COOPER
United States District Judge

Date: April 14, 2017